

FILED

MAR 2 9 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

EDWARD JESSE DREYFUSE,

Plaintiff,

_____

_____

*(Enter above the full name of the plaintiff*
*or plaintiffs in this action).*

_____

_____

_____

_____

*(Inmate Reg. # of each Plaintiff)*

**VERSUS**

**CIVIL ACTION NO.** 3:18-cv-499

*(Number to be assigned by Court)*

JUDGE PAUL T. FARRELL,

Defendant,

_____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

## **COMPLAINT**

**I.    Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?

Yes ✓          No _____

not challenging conditions of confinement

1

B.   If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.   Parties to this previous lawsuit:

Plaintiffs:   EDWARD JESSE DREYFUSE

Defendants:   CHRISTOPHER D. CHILES

SEAN HAMMERS

RYAN BENTLEY

2.   Court (if federal court, name the district; if state court, name the county);

U.S. DISTRICT COURT SOUTHERN DISTRICT
OF WEST VIRGINIA / HUNTINGTON DIVISION

3.   Docket Number:   3:17-CV-4031

4.   Name of judge to whom case was assigned:

UNKNOWN

5.   Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

Pending

6.   Approximate date of filing lawsuit:   9/25/2017

7.   Approximate date of disposition:   Pending

2

**II.    Place of Present Confinement:** _N.C.F. moundsville, w.va._

    A.    Is there a prisoner grievance procedure in this institution?

           Yes   \_✓\_       No  _____

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

           Yes  _____       No  \_✓\_

    C.    If you answer is YES:

        1.    What steps did you take?   _N/A_

        2.    What was the result?   _N/A_

    D.    If your answer is NO, explain why not:  _NOT APPROPRIATE IN THE INSTANT ACTION_

**III.    Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: _EDWARD JESSE DREYFUSE # 3534873_

        Address: _112 N.R.C. Dr. moundsville WV 26041_

    B.    Additional Plaintiff(s) and Address(es): _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: _Judge PAUL T. FARRELL_____

is employed as: _CircuiT COURT Judge_____

at _CAbell COUNTy COURT HOUSE_____

D.   Additional defendants: _____

_____

_____

_____

## IV.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_42 U.S.C. § 1983 Civil ACTion For inTenTionAl_

_DeprivATion of Civil And ConsTituTionAl_

_RighTS As Described in The ATTATCHED_

_____

_____

_SEE ATTATCHED ~ Pgs. 1-A ~ Thru 15-A_

_* due To The complex issues of This Case The_

_STATemenT of Claim is Detailed in The ATTATCHED._

IV.   **Statement of Claim (continued):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

V.   **Relief**

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

Declatory Reliefs as Claimed, due to the
complex issues of This Case The Declatory
Reliefs sought are detailed in the
Attatched

_____

_____

See Pages 1-A Thru 15-A

SEE Attatched

_____

**V.     Relief (continued)):**

_____

_____

_____

_____

_____

**VII.   Counsel**

A.     If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____  SELF  _____

B.     Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____          No __✓__

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _____

_____

C.     Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No __✓__

6

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_Edward Jesse Crayfuse_

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/26/2018
                  (Date)

_Edward Jesse Crayfoird_

Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)

7

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

EDWARD JESSE DREYFUSE,
    Plaintiff, Pro-se

V.

JUDGE, PAUL T. FARRELL,
    Defendant,

42 U.S.C. § 1983 CIVIL ACTION

Comes your Plaintiff, Edward Jesse Dreyfuse,
Pro-se, bringing Action before This Honorable
Court pursuant to The Civil Rights Act of
1871, 42 U.S.C. § 1983 And its Jurisdictional
implementation, 28 U.S.C. § 1343.

Your Plaintiff seeks only The equitable
Reliefs of Declatory Judgment
Pursuant to 28 U.S.C. § 2201 And
28 U.S.C. § 2202 For The "Arbritrary And
Capcacious" Actions of The Defendant.

1-A

Under 28 U.S.C. § 2201, The existance
of Another Adequate remedy does not
perclude A Declatory Judgment Action.
According To such, Plaintiff serves
NOTICE upon The Defendant and
respectfully moves for A speedy
Hearing into The matters at issue
Pursuant To Rule 57 of The Federal
Rules of Civil Proceedure of The Above
Titled Action and advancing The Same
on The Courts Calender For The
Cause of Actions in The Claims
Presented below.

CAUSE OF ACTIONS

CLAIM ONE;
Plaintiff Claims The Denial of Access
To review or To Possess A copy of All of
The Discovery materials Contained
within his Criminal case File, 12-F-232,
by The Defendant, on its Face, deprives
The Plaintiff of A Property interest
without Due process of Law and contrary
To The Protections of The Fifth and
Fourteenth U.S. Constitution's Amendments.

2-A

Plaintiff asserts that Arbitrary and
capracious actions by The Defendant,
Paul T. Farrell has, and is being
Applied in violation of your Plaintiff's
Constitutional Rights under the
Fourteenth Amendments due process
Clause.

Plaintiff, a person convicted of a Capitol
offense in Cabell County Circuit Court
by a Jury Trial presided by Judge
Paul T. Farrell, The Defendant herein,
has Filed a Post-conviction Petition
For writ of Habeas Corpus, Case No.
16-C-1, wherein your Plaintiff, without
The Assistance of counsel identified
And presented Nine seperate Claims
For Habeas Beliefs. (see Exhibit-A).

Plaintiff has in fact filed more than 10
requests for a copy of The Discovery
Materials contained within Criminal
Case File 12-F-232, All which have
gone without Disclosure of The Discovery
of Case 12-F-232, your Plaintiff's
Case File, and respectfully, his Property.

Plaintiff Further includes That EVERY
Attorney Appointed by The Defendant,
Paul T. Farrell has REFUSED To
Provide a complete copy of The Discovery
materials To your Plaintiff, And by
such Plaintiff has filed Formal Complaints
with The W.VA. Lawyer Disciplinary
Counsel AGAINST EACH of The Attorney's
For with holding And Concealing The
Discovery materials, The Record is Clear
where Plaintiff has filed Disciplinary
Complaints AgainsT Attorney's Conway,
Hicks, Rosinsky, Meadows, Wright,
Andrew Shumate And AT Present Attorney
Raymond Nolan in I.D. NO. 18-02-054 -
(review AT w.w.w. WVODC.org).
As every Lawyer has intentionally witheld
The Discovery, Plaintiff has filed A Formal
Complaint For The violations of The
respective Rules of Professional Conduct
which has resulted in your Plaintiff's
being Abandoned by Counsel.
Plaintiff Avers That Previous counsel
informed him That Any Lawyer who
Challenges Judge Farrell or Chris Chiles
will not recieve Any further Appointments
in Cabell County.
4-A

Furthermore, as every lawyer intentionally withheld and concealed The Discovery at issue, upon filing motions for The Appointment of Counsel and also motions for Status Hearings Plaintiff has repeatedly asked The Defendant for a copy of The Discovery at issue, which has been arbitrarily and capriciously denied.

Plaintiff has shown That The Discovery in question is not only personal property, but also is Needed and required in order To identify and raise all potential Grounds for Post-Conviction Habeas Corpus Reliefs and To also allow Plaintiff To knowingly and intelligently waive Any issues or Grounds prior To The omnibus Discovery as are mandated in The legal prerequisites set forth in Losh v. McKenzie, However, The Defendant continues To Deny your Plaintiff Access or a complete copy of The Property at issue, Knowing such is a constitutional violation.

5 - A

RELIEFS SOUGHT;

Plaintiff seeks a speedy Hearing into
The matter Pursuant To Rule 57 of The
Federal Rules of Civil Proceedure and
after full development of The claim
in such Hearing Plaintiff seeks
Declaratory Judgment That The Denial
And intentional witholding of The
Discovery materials from your Plaintiff
by The Defendant are an unconstitutional
violation of The Due process and Equal
protection Clauses of The Fifth and
fourteenth Amendments As such is
a Deprivation of a property interest
without Due Process.
Plaintiff also seeks any Reliefs This
Court so deems appropriate pursuant
To 28 U.s.c.§ 2202 respectfully.


CLAIM TWO;

Plaintiff claims The Denial To TAKE ACTION
Against Christopher Chiles, Sean Hammers
And Ryan Bentley for The Constitutional
And Civil Rights violations They committed
against The Plaintiff by The Fraud
They perpatrated upon The Court
As Detailed in EXHIBIT— ZZZ

6-A

Which was intercepted and Denied by
The Defendant who knew That he
had Absolutely NO Jurisdiction over
The Application to present Complaint
before The Grand Jury, did Knowingly,
willfuly and intentionaly Deprive your
Plaintiff The Constitutional Rights
of Due Process And Equal Protection Under
The clauses of The Fifth and Fourteenth
Amendments.

Plaintiff asserts That The arbitrary and
capracious Actions And inactions by
The Defendant, Paul T. Farrell Shock
The Conscious As any Judge who would
Blatantly violate Title 18 u.s c.s. § 241
Deprivation of Rights under Color of
Law, These rights specifically being
The Fifth and Fourteenth u.s. Constitutional
Rights of Due process and Equal Protection
As well As The West Virginia State Constitutional
Violation of Article III § 17 That states The
Right That ANY Person, by Application To A
Circuit Judge who's Duty is To insure Access
To The Grand Jury, may go To The Grand
Jury To present A Complaint To it.

7-A

not only did The Defendant intentionally
intercept, decide and deny The Action in
which he had No Jurisdiction over,
The Defendant did not Take Appropriate
Actions Pursuant To The West Virginia
Code of Judicial Conduct That mandates
a Judge having Knowledge of misconduct
of a Lawyer That questions The lawyer's
Honesty, Trustworthiness or Fitness as
a lawyer has a Duty To report such
misconduct To The Appropriate Authority.
Without Question The misconduct and
Felony Offenses Commited by Christopher
Chiles, Sean Hammers and Ryan Bentley
as Detailed and Described in EXHIBIT- ZZZ
Should have been Promptly Reported To
The Appropriate Disciplinary Authorities,
The U.S. Dept. of Justice, The U.S.
Attorney and The West Virginia Attorney
General and The Defendant should have
immediately initiated an investigation
into The Official misconduct and
Felony offenses Commited by Christopher
Chiles, sean Hammers and Ryan Bentley.

B - A

Accordingly, by The Defendant's inactions
he has commited Offenses under 18 U.S.C.§ 4
And 18 U.S.C. §3 And has intentionally
Deprived your Plaintiff The U.S.
Constitutional Rights of Due Process
And Equal Protection of Law under The
Fifth and Fourteenth Amendments And
Also Deprived your Plaintiff The State
Constitutional Rights under Article III
§ 17 of The W-VA. Constitution That Any
Person, by Application To A Circuit Judge
Whos Duty is To insure Access To The Grand
Jury, may go To The Grand Jury To
Present A Complaint To it.

RELIEFS SOUGHT;

Plaintiff seeks a speedy Hearing into The
Matters pursuant To Rule 57 of The Federal
Rules of Civil Proceedure, And After The
full development of The Claim in such
Hearing Plaintiff seeks Declatory
Judgment That The Afore described
Actions And inactions by The Defendant
Are unconstitutional violations of The
Due process And equal protection Clauses
of The Fifth And Fourteenth Amendments
And Act. III § 17 of The W.VA. State
Constitution.

Plaintiff also seeks Any Reliefs This
Court So deems Appropriate Pursuant
To 28 U.S.C. § 2202 Respectfully.

## CLAIM THREE;

Plaintiff Claims That The Denial And
Refusal To recuse or self Disqualify
As The presiding Judge in The Post-
Conviction Habeas Corpus Proceedings
of Case NO: 16-C-1 by The Defendant
is repugnant To The Ancient legal maxim
That "Nemo Debet Esse Judex In Propria Causa - -
No man ought To be A Judge in his
own Cause," which is A Fundamental Rule
of reason and of natural Justice, and
is TextBook example of Arbitracy
And capricious Actions of The Defendant
That Shock The Conscious And Are
unconstitutional violations of The Due
Process And Equal protection Clauses of
The Fifth And Fourteenth Amendments
And w.vA. canen 3 B,(1),(i),(iii) And (iv)
And The w.vA. code of Judicial conduct
Rule 2.11 A, (1), (a).

10-A

Plaintiff Asserts That Paul T. Farrell's
Refusal To Recuse And self disqualify
From The Habeas Action, Case No: 16-c-1
Are A denial of Due process And equal
protection of law As well As Blatant
violations of The W. VA. Code of Judicial
conduct And its canons.
As Clearly Detailed in The Habeas Petition
(SEE EXHIBIT-A) There stands The serious
issues of Prosecutorial Misconduct That
involves The intentional And Fraudulent
presentment of Fabricated False Perjured
Testimony And Also The very Cognizable
And Factual Claim That The Defendant,
Judge Paul T. Farrell Knew That such
Fraud was being perpetrated in his
Court without intervention, correction
or Applying A Doctrine of inherent
incredibility, As Paul T. Farrell did
Knowingly, intentionally And willfully
Alow The False, Fabricated, Fraudulent
Testimony procured And suborned by Christopher
Chiles To pass As A Fact of material
evidence while Knowing such was
Absolutely impossible — (see Exibit-BBB
which was Reviewed by The Defendent Prior
To trial)

11-A

This, As well As other issues, including The
Defendant's Refusal To TAke Action Prior
To Trial For The illegal Actions commited
by Christopher Chiles, Sean Hammers and
Ryan Bentley Before Asession of The
Grand Jury which was brought To Judge
Farrell's Attention in A Pretrial Status
As well As other Issues regarding
misconduct, prejudice And Denial of
State And Federal Constitutional Rights
of The Plaintiff by The Actions which
Are And were Arbitrary and Capracious,
Must be Fully Developed And Amended
To The Habeas Corpus Petition, Case No.
16-C-1 in order To seek Appropriate
State Reliefs And To Fully Preserve
The issues For Federal 2254 Review
should Such be necessary.
It is well founded That a Judge shall disqualify
himself in Any Proceeding in which The
Judges impartiality might be reasonably
questioned, especially where The Judge
has A Personal Bias or prejudice concerning
A party, And where The Judge has personal
Knowledge of Facts That Are in dispute
in The Proceedings.

Further still, by presenting issues involving Judge Farrell, he will and is in fact a "Party to the Habeas proceeding" and will likely be a material witness in the same proceedings.

Therefore, the Defendant's Refusal to self Disqualify is a clear violation of the W.Va. code of Judicial conduct and also violates the Plaintiff's Fifth and Fourteenth Amendment Rights of the U.S. Constitution's Equal protection of law and Due process of law.

Reliefs Sought:

Plaintiff seeks a speedy Hearing into the matters pursuant to Rule 57 of the Federal Rules of Civil Proceedure.

Plaintiff seeks Declatory Judgment that the afore Described Refusal to self Disqualify as presiding Judge in Habeas action 16-C-1 by the Defendant is an unconstitutional violation of the Due process and Equal protection clauses of the Fifth and Fourteenth amendments of the U.S. constitution and violations of the W.Va. code of Judicial conduct and its canons.

13-A

Plaintiff also seeks This court so deems
Appropriate Pursuant To 28 U.S.C. 2202
Respectfully.

## CONCLUSION

Plaintiff presents The instant Action in
good faith with No malicious intent
in order To seek This Honorable courts
Review And Decision in The Factual
matters presented herein.
Petitioner Presents such with The understanding
That There is no Judicial immunity in A
42 U.S.C. § 1983 civil Action That seeks
only The equitable Remedy of A Declatory
Judgment Pursuant To 28 U.S.C. § 2201
For The Arbitrary And capacious Actions
on part of A state Judge As such Are
Appropriate And Actionable under
42 U.S.C. § 1983.
Petitioner includes That The instant Action
As initiated And Respectfully Presented
is only seeking The equitable remedies
of A Declatory Judgment.

14 - A

Plaintiff Seeks such Reliefs with The
understanding That Declatory Judgment
is a Judgment which declares Conclusively
The Rights, Duties or Status of The parties
involved and is The appropriate Ramedy
for The determination of a Justiciable
controversy where Plaintiff is in doubt
of his Rights.

Respectfully Submitted and affirmed
As being True And Correct To The best of
my Knowledge And presented under
The penalty of perjury pursuant to
28 u.s.c § 1746

Edund Jean Rupel

Executed on 3/26/2018.

15 - A

Clerk Rory Perry II,

Please Find The enclosed Certificate of Service,
Financial Affidavit, motion for speedy Hearing,
42 u.s.c.§1983 Civil Action, And Supporting
Exhibits - A, ZZZ - BBB and File such
Accordingly.

Thank-you for your services in This
matter.

Respectfully

Edward Jesse Nuybre

Edward J. Dreyfuse #3534873
Northern Correctional Facility
112 Northern Regional Correctional Drive
Moundsville, WV 26041

LEGAL
MAIL

U.S. DISTRICT COURT CLERK Rory L Perry II
SYDNEY L. CHRISTIE FEDERAL Bldg.
845 FiFTH AVENUE
HUNTINGTON, WV,
                                    25701




UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

0 Jan. 2013

U.S. POSTAGE >> PITNEY BOWES

ZIP 26041
02 1W
0001402113

$ 007.25°
MAR 27 2018