# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

EDWARD JESSE DREYFUSE,

        Plaintiff,

v.                        CIVIL ACTION NO.  3:18-0499

JUDGE PAUL T. FARRELL,

        Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court dismiss the complaint, with prejudice (ECF No. 2); deny Plaintiff's motion for a speedy hearing (ECF No. 3), motion to compel discovery (ECF No. 9), and motion for a preliminary injunction and restraining order (ECF No. 11); and remove this matter from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** the complaint, with prejudice (ECF No. 2); **DENIES** Plaintiff's motion for a speedy hearing (ECF No. 3), motion to compel discovery (ECF No. 9), and motion for a preliminary injunction and restraining order (ECF No. 11); and **REMOVES** this matter from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:        September 11, 2018

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE